Jacqueline R. Papez
Jack G. Connors
DONEY CROWLEY P.C.
Guardian Building, 3rd Floor
50 South Last Chance Gulch
P.O. Box 1185
Helena, MT  59624-1185
Telephone:  (406) 443-2211
Facsimile:   (406) 449-8443
Email:  jpapez@doneylaw.com
         jconnors@doneylaw.com

*Attorneys for Defendant Mary Cameron*

# U.S. DISTRICT COURT FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY CAMERON,<br><br>Defendant. | Cause No.:  CV 19-138-BLG-SPW-TJC<br><br>Magistrate Judge Timothy J. Cavan<br><br>**MOTION TO DISMISS** |

COMES NOW Defendant Mary Cameron, by and through counsel of record, and hereby moves to dismiss Plaintiff's Complaint for Declaratory Judgment.  This Motion is supported by the accompanying Brief in Support, as well as the other documents and pleadings filed in this matter.

Pursuant to 7.1(c)(1), U. S. District Court, District of Montana, Local Rules of Procedure, the undersigned has contacted counsel for Plaintiff and he has indicated that Plaintiff objects to this Motion.

DATED this 26th day of February, 2020.

           DONEY CROWLEY P.C.

            /s/ *Jack G. Connors*
           Jacqueline R. Papez
           Jack G. Connors
           *Attorneys for Defendant Mary Cameron*