IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARY CAMERON,<br><br>　　　　　Defendant. | CV 19-138-BLG-SPW-TJC<br><br><br>**ORDER** |

Defendant has filed an unopposed motion to vacate the pending expert, discovery and mediation deadlines in the Scheduling Order in light of the pending Motion for Summary Judgment. (Doc. 39.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The expert, discovery and mediation deadlines set forth in the December 1, 2020 Scheduling Order (Doc. 32) are vacated pending the Court's ruling on Plaintiff's Motion for Summary Judgment.

DATED this 4th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1